IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF ARKANSAS

FAYETTEVILLE DIVISION

BRANDI M. RISLEY                                                                     PLAINTIFF

V.                         NO. 15-5143

CAROLYN W. COLVIN,

Acting Commissioner of the Social Security Administration            DEFENDANT

## MEMORANDUM OPINION

Plaintiff, Brandi M. Risley, brings this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision of the Commissioner of the Social Security Administration (Commissioner) denying her applications for a period of disability and disability insurance benefits (DIB) and supplemental security income (SSI) benefits. (Doc. 1). The Defendant filed an answer to Plaintiff's action on December 11, 2015, asserting that the findings of the Commissioner were supported by substantial evidence and were conclusive. (Doc. 10). Plaintiff filed an appeal brief on January 14, 2016. (Doc. 11).

On January 29, 2016, the Commissioner filed a motion requesting that Plaintiff's case be remanded pursuant to "sentence four" of section 405(g) in order to conduct further administrative proceedings. (Doc. 12). The Defendant states that upon remand, the ALJ will conduct further administrative proceedings.

The exclusive methods by which a district court may remand a social security case to the Commissioner are set forth in "sentence four" and "sentence six" of 42 U.S.C. § 405(g). A remand pursuant to "sentence six" is limited to two situations: where the Commissioner requests a remand before answering the complaint, or where the court orders the Commissioner to

consider new, material evidence that was for good cause not presented before the agency. The Fourth sentence of the statute provides that "[t]he court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g); Shalala v. Schaefer, 509 U.S. 292, 296, 113 S.Ct. 2625 (1993).

Here, the Court finds remand for the purpose of allowing the ALJ to further evaluate the evidence as addressed above appropriate.

Based on the foregoing, the Court find remand appropriate and grants the Commissioner's motion to remand this case to the Commissioner for further administrative action pursuant to "sentence four" of section 405(g).

DATED this 29th day of January, 2016.

/s/ *Erin L. Setser*

HON. ERIN L. SETSER

UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)